UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARRON D. HUNTER-RAINEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:17-CV-46-D;** |
| ) | |
| NORTH CAROLINA STATE ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to amend [D.E. 15], DENIES defendant's motion to dismiss [D.E. 10], and GRANTS defendant's motion for summary judgment [D.E. 26]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on February 28, 2018, and Copies To:**

Carena Brantley Lemons                                    (via CM/ECF electronic notification)

Laura McHenry                                                   (via CM/ECF electronic notification)

DATE:                                                                    PETER A. MOORE, JR., CLERK

February 28, 2018                                               (By) /s/ Nicole Briggeman
                                                                                  Deputy Clerk